FRANK X. DIPOLITO (137157)
ROSS I. LANDAU (259260)                                   JS-6
SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 600
Long Beach, California 90802
Telephone:  (562) 983-7833
Facsimile:  (562) 983-7835
E-mail: fdipolito@swaindipolito.com
        rlandau@swaindipolito.com

Attorneys for Defendant,
WESTERN FREIGHT CARRIER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| CITY LONG HAUL TRANSPORTATION, INC., a California corporation, | ) ) ) | Case No. 15 CV-01058 RGK(RZx) |
| Plaintiff, | ) ) | Honorable R. Gary Klausner |
| vs. | ) ) | |
| WESTERN FREIGHT CARRIER, INC., a California corporation; and DOES 1-10, | ) ) ) ) | ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| Defendants. | ) ) | |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action be and hereby is dismissed with prejudice, with each party to bear its own costs and fees.

DATED: 2/24/16

_____
HON. GARY R. KLAUSNER
UNITED STATES DISTRICT JUDGE

[Proposed] Order re: Dismissal of Entire Action with Prejudice